JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEDGEWOOD COMMUNITY FUND II, LLC<br><br>              Plaintiff,<br><br>       v.<br><br>LUIS RODRIGUEZ, et al.,<br><br>              Defendants. | CASE NO. CV 14-5447 ABC (RZx)<br><br>ORDER REMANDING CASE TO STATE COURT |

On July 14, 2014, Defendants Luis Rodriguez and Rosa Rodriguez, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court. (Docket No. 1.) On July 16, 2014, Plaintiff Wedgewood Community Fund II, LLC filed a motion to remand as well as an *ex parte* application to shorten time on hearing the motion to remand. (Docket Nos. 8, 9.) Defendants opposed the *ex parte* application on July 17, 2014. (Docket No. 10.) For the reasons set forth below, the Court **REMANDS** this case for lack of subject matter jurisdiction.

As a routine unlawful detainer action, Plaintiff could not have brought this action in federal court initially because the complaint does not competently allege facts creating subject matter jurisdiction, rendering removal improper. 28 U.S.C. §1441(a);

1 | *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162
2 | L.Ed.2d 502 (2005).  First, this unlawful detainer action does not give rise to a federal
3 | question.  *See* 28 U.S.C. §§ 1331, 1441(b).  Second, the amount in controversy does not
4 | exceed the diversity jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).

Accordingly, the Court (1) **REMANDS** this case to the Superior Court of California, Los Angeles County, Pasadena Courthouse, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) **ORDERS** the Clerk to send a certified copy of this Order to the state court; and (3) **ORDERS** the Clerk to serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: July 21, 2014

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE